**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 8, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30984

TRUSTMARK INSURANCE CO.

> Plaintiff - Counter Defendant - Appellant -
> Cross-Appellee

v.

DANIEL KEHLER

> Defendant - Counter Claimant - Appellee -
> Cross-Appellant

--------------------
Appeal from the United States District Court
for the Western District of Louisiana, Lafayette
USDC No. 6:05-CV-515
--------------------

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.